**Fred D. WILSON et al., Appellants, v. Guy A. THOMPSON, Trustee, International-Great Northern Railroad Company, Debtor, et al.**

No. 12777.

Circuit Court of Appeals, Eighth Circuit.

Dec. 16, 1943.

Charles P. Williams and William H. Biggs, both of St. Louis, Mo., for appellants.

Russell L. Dearmont and Thomas T. Railey, both of St. Louis, Mo., Milbank, Tweed & Hope, of New York City, and Nagel, Kirby, Orrick & Shepley and William G. Pettus, Jr., all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at cost of appellants on motion of appellees, upon authority of Missouri Pacific Railroad Co. et al. v. Thompson et al., 8 Cir., 134 F.2d 139.

■

**Fred D. WILSON et al., Appellants, v. Guy A. THOMPSON, Trustee, Missouri Pacific Railroad Company, Debtor, et al.**

No. 12775.

Circuit Court of Appeals, Eighth Circuit.

Dec. 16, 1943.

Charles P. Williams and William H. Biggs, both of St. Louis, Mo., for appellants.

Russell L. Dearmont, Thomas T. Railey, and Jacob Chasnoff, all of St. Louis, Mo., and W. Lloyd Kitchel, of New York City, for appellees.

PER CURIAM.

Appeal from District Court dismissed at cost of appellants on motion of appellees, upon authority of Missouri Pacific Railroad Co. et al. v. Thompson et al., 8 Cir., 134 F.2d 139.

■

**Fred D. WILSON et al., Appellants, v. Guy A. THOMPSON, Trustee, New Orleans, Texas & Mexico Railway Company, Debtor, et al.**

No. 12776.

Circuit Court of Appeals, Eighth Circuit.

Dec. 16, 1943.

Charles P. Williams and William H. Biggs, both of St. Louis, Mo., for appellants.

Russell L. Dearmont and Thomas T. Railey, both of St. Louis, Mo., Leonard D. Adkins, of New York City, and S. Mayner Wallace, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at cost of appellants on motion of appellees, upon authority of Missouri Pacific Railroad Co. et al. v. Thompson et al., 8 Cir., 134 F.2d 139.